[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 27, 2006
THOMAS K. KAHN
CLERK

No. 06-13168
Non-Argument Calendar
_____

D.C. Docket No. 05-00011-CV-HL-6

VICKIE BRYANT,

Plaintiff-Appellant,

versus

JOHN D. ARCHBOLD MEMORIAL HOSPITAL,
d.b.a. Archbold Memorial Hospital,
ARTHUR CROWLEY, M.D.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(October 27, 2006)**

Before TJOFLAT, BIRCH and COX, Circuit Judges.

PER CURIAM:

Vickie Bryant sued John D. Archbold Memorial Hospital and Michael Arthur Crowley, M.D. for violation of the federal Emergency Medical Treatment and Active Labor Act (EMTALA), 42 U.S.C. § 1395 dd. Bryant's complaint also alleged that the hospital and Crowley were liable to her under Georgia law for medical malpractice. The district court granted summary judgment for Defendants on the EMTALA claim and declined to exercise supplemental jurisdiction over the state law claim pursuant to 28 U.S.C. § 1367(c)(3). Bryant appeals the grant of summary judgment on the EMTALA claim.

After a thorough review of the briefs and the record on appeal, we find no error in the grant of summary judgment to Defendants. The district court appropriately analyzed the EMTALA statute and the record evidence and properly determined that no dispute exists as to an issue of material fact.

AFFIRMED.